UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NO. 11-2945-lmj13 |
| ANN MARIE RODRIGUEZ, | : | CHAPTER 13 |
| | : | TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN |
| DEBTOR. | : | |

COMES NOW the Chapter 13 Trustee, by and through his attorney, and for his Objection to Debtor's Chapter 13 Plan states the following to the Court:

1. On July 20, 2011, the Debtor filed her Chapter 13 Plan. Her Plan requires weekly payments to the Trustee in the sum of $96 for a term of 60 months. Her Plan also requires the turnover of income tax refunds as additional Plan funding. After payment of secured and priority claims, the Plan provides that unsecured creditors will be paid on a pro rata basis. According to the Trustee's calculations, unsecured creditors can expect no dividend.

2. The Debtor was unable to attend her 341 Meeting of Creditors in this proceeding on August 22, 2011. Accordingly, the meeting has been continued to September 26, 2011. Pending examination of the Debtor at a continued meeting of creditors, the Trustee cannot recommend confirmation.

3. Through this date, the Debtor has supplied the Trustee with copies of only year 2009 state and federal income tax returns. Pending receipt and review of all tax returns that were to be filed for each of the last four (4) tax years, the Trustee cannot recommend confirmation.

4. Through this date, the Debtor has failed to make any weekly Plan payments. Accordingly, her Plan is in default.

5. The Debtor's Plan directs the Trustee to satisfy a secured claim of Ripple and Frenell concerning one (1) Chevy Venture vehicle. Nonetheless, Debtor's Schedule J continues to reflect said automobile installment payment. Pending removal of said installment payment from the Debtor's budget and

commitment of all projected disposable income, the Trustee cannot recommend confirmation.

WHEREFORE, the Chapter 13 Trustee respectfully objects to the Debtor's Chapter 13 Plan and requests that confirmation be denied and for such other and further relief as is just and equitable in the premises.

                                       Respectfully submitted,

                                       /s/ Albert C. Warford
                                       Albert C. Warford #xxx-xx-6492
                                       Chapter 13 Trustee

                                       /s/ Elizabeth E. Goodman
                                       Elizabeth E. Goodman #IS9999100
                                       Attorney for Ch. 13 Trustee
                                       505 5th Avenue, Suite 520
                                       Des Moines, IA  50309
                                       (515) 283-2713

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN was served upon the following parties at the addresses shown below by enclosing the same in an envelope addressed to each such person, with postage full paid and by depositing said envelope in the United States Post Office depository in Des Moines, Iowa, on the      7th       day of September, 2011.

                                         /s/ Traci Riedel

Ann Rodriguez
1931 W. 4th Street
Davenport, IA  52802

Notice will be electronically mailed by the Clerk of Court to:

Michael A. Williams @ lehendley@qcbankruptcy.com

Office of U.S. Trustee @ USTPRegion12.DM.ECF@usdoj.gov